John Meyer
Andrew Gorder
Cottonwood Environmental Law Center
24 S. Willson Ave Suites 6-7
Bozeman, MT 59715
406-587-5800
John@cottonwoodlaw.org
Andrew@cottonwoodlaw.org

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

| NOLAN SALIX; COTTONWOOD ENVIRONMENTAL LAW CENTER, | ) ) ) | |
|---|---|---|
| Plaintiffs, | ) ) | Cause No. |
| vs. | ) ) ) | DECLARATION OF NOLAN SALIX |
| UNITED STATES FOREST SERVICE; VICTORIA CHRISTIANSEN, in her official capacity as Regional Forester of the U.S. Forest Service, Region One; | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

Declaration of Nolan Salix

I, Nolan Salix, hereby declare as follows:

1. I submit this declaration in support of Plaintiff's Complaint for Declaratory and Injunctive relief. I have personal knowledge of the matters stated herein and, if called as a witness, would and could competently testify thereto.

2. I am currently a resident of Dillon, Montana, and I have been a member of Cottonwood Environmental Law Center (CELC) since January 2011.

3. I am a former resident of Cottonwood Canyon, located near Bozeman, Montana, which is directly adjacent to the Gallatin National Forest and areas within the upcoming Bozeman Municipal Watershed Project (the Project).  I understand that the Project area contains designated lynx critical habitat.

4. I have a strong interest in the management of wildlife on public forest lands. This interest is based on my lifetime as a sportsman, hiker and recreationist who enjoys these activities on numerous public forest lands throughout Montana.

5. I recreate in designated lynx critical habitat in the Gallatin National Forest. I enjoy visiting these areas, and I use them on a continuing and ongoing basis. These visits provide me an opportunity to engage in several of my hobbies, which include hunting, hiking, and looking for lynx.

Declaration of Nolan Salix

6.  I have visited the Gallatin National Forest, including the designated critical habitat within the Project area, countless times in the past to participate in the above-mentioned recreational activities. My most recent visit was in November of 2011, and I have concrete plans to return to hike, hunt for deer and elk, and look for lynx in their designated critical habitat in November of 2012.

7.  I have been, and will continue to be, injured by the defendants' failure to re-initiate lynx consultation under the Endangered Species Act (ESA). I am concerned the agency's failure to re-initiate consultation on the Northern Rockies Lynx Amendment (NRLA) and Forest Plans that incorporate the Northern Rockies Lynx Management Direction is allowing the agency to use management direction that is adversely modifying lynx critical habitat at both the site-specific and landscape scales. I am concerned that if the NRLA and NRLMD allow for adverse modification, the designated critical habitat will be less suitable for lynx, which diminishes my opportunity to view and enjoy lynx.

8.  The negative impacts to lynx and their habitat, in the Gallatin National Forest and the Bozeman Watershed Project area degrade my spiritual experience and recreational experience of hiking and looking for wildlife such as the lynx in designated critical habitat. These are actual, concrete injuries.

Declaration of Nolan Salix

9. My personal, spiritual, recreational, and conservation interests as well as those of CELC and its members will be harmed if the defendants do not re-initiate consultation as required by the ESA. My ability and other CELC members' ability to see and enjoy lynx will be adversely impacted as a result of the above-named injuries.

10. Unless these injuries are redressed by the requested relief, myself, CELC, its members, and the general public will suffer substantive harm.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: March 23, 2012

*Nolan Salix*
Nolan Salix

Declaration of Nolan Salix