IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

**FILED**
JUL 17 2015
Clerk, U.S District Court
District Of Montana
Missoula

| | |
|---|---|
| COTTONWOOD ENVIRONMENTAL LAW CENTER,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES FOREST SERVICE; FAYE KRUEGER, in her official capacity as Regional Forester for the U.S. Forest Service, Region One,<br><br>Defendants. | CV 12-45-M-DLC<br><br><br>ORDER |

Plaintiff having filed an unopposed motion to stay the deadline to file a motion for attorney's fees,

IT IS ORDERED that Plaintiff's motion (Doc. 55) is GRANTED. Plaintiff shall submit its fee petition no later than 30 days from the date of an order from this Court granting or denying injunctive relief.

Dated this 17th day of July, 2015.

_____
Dana L. Christensen, Chief Judge
United States District Court