JEFFREY H. WOOD,
Acting Assistant Attorney General
SETH M. BARSKY, Chief
S. JAY GOVINDAN, Assistant Chief
JOHN H. MARTIN, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
(303) 844-1383
(303) 844-1350 (fax)
Email: john.h.martin@usdoj.gov

*Additional attorneys listed on signature page*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | | |
|---|---|---|
| COTTONWOOD ENVIRONMENTAL LAW CENTER, | ) ) ) | CV 12-45-M-DLC |
| Plaintiffs, | ) | **JOINT MOTION TO ENTER** |
| vs. | ) ) | **STIPULATED SETTLEMENT** **AGREEMENT PROPOSED ORDER** |
| UNITED STATES FOREST SERVICE; LEANNE MARTEN, in her official capacity as Regional Forester for the U.S. Forest Service, Region One, | ) ) ) ) ) | |
| Defendants. | ) ) | |

All parties to this case, Plaintiff Cottonwood Environmental Law Center and Defendants Leanne Marten[1] and the United States Forest Service now move the Court to sign and enter the attached "Stipulated Settlement Agreement and [Proposed] Order" regarding attorney fees and costs. As detailed in the Settlement Agreement, the Parties have engaged in good faith and confidential settlement negotiations concerning Plaintiff's claim for attorneys' fees and costs to arrive at the Settlement Agreement, and believe it is in the interests of justice that the Court enter it.

Accordingly, the parties jointly and respectfully request entry of the attached stipulation order.

Respectfully submitted this 27th day of April, 2017.

/s/John Meyer (by permission)
John Meyer, MT Bar # 11206
Cottonwood Environmental Law Center
P.O. Box 412
Bozeman, MT
(406) 546-0149
John@cottonwoodlaw.org

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Leanne Marten, in her official capacity as Regional Forester for Region One of the United States Department of Agriculture Forest Service, is substituted for Faye Krueger as a defendant in this case. Ms. Marten was named to the Regional Forester position on July 14, 2015.

Matt Kenna, *pro hac vice*
Public Interest Environmental Law
679 E. 2nd Ave., Ste. 11B,
Durango, CO 81301.
(970) 749-9149
(970) 797-9133 (f)
matt@kenna.net

Attorneys for Plaintiff


JEFFREY H. WOOD,
Acting Assistant Attorney General

*/s/John H. Martin*
JOHN H. MARTIN,
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
(303) 844-1383
(303) 844-1350 (fax)
Email: john.h.martin@usdoj.gov

MARK SMITH,
Assistant United States Attorney
P.O. Box 1478
Billings, MT 59103
2929 Third Ave. North, Suite 400
Billings, MT 59101
Tel: (406) 247-4667
Fax: (406) 657-6989

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on April 27th, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such to the attorneys of record.

/s/*John H. Martin*
John H. Martin